■ In the Matter of MOSES SPATT et al., Respondents, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— In a consolidated special proceeding to review real estate tax assessments for certain tax years, the Tax Commis-

sion of the City of New York appeals from the final order of the Supreme Court, Kings County, entered March 28, 1961 upon the decision of the court after a nonjury trial, reducing said assessments. Order affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.